AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of North Dakota

United States of America
v.
Christopher Lee NESS

*Defendant(s)*

Case No. 1:24-mj-735

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 2024-November 2024 in the county of Burleigh in the District of North Dakota, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 21 U.S.C. 846 | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (Count One) |
| 21 U.S.C. 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. 2 | Possession with Intent to Distribute Controlled Substances (Count Two) |
| | (See Attachment A) |

This criminal complaint is based on these facts:

See attached Affidavit by DEA Special Agent Casey K Uhler

❒ Continued on the attached sheet.

Casey Uhler
*Complainant's signature*

Special Agent Casey K. Uhler
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 14, 2024

Clare Hochhalter
*Judge's signature*

City and state: Bismarck, North Dakota

Clare R. Hochhalter, U.S. Magistrate Judge
*Printed name and title*