IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | Case No. ____________________ |
| CHRISTOPHER LEE NESS;<br>JESSICA CAREW SCHAFF;<br>KYLE DOUGLAS DEAN; and<br>DAVID MICHAEL SCHWEHR | Violations: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), and 846; and 18 U.S.C. §§ 922(g)(1), 924(a)(8), 924(c)(1)(A), and 2 |

COUNT ONE

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**

The Grand Jury Charges:

Beginning sometime prior to and continuing until in or about the date of this Indictment, in the District of North Dakota, and elsewhere,

CHRISTOPHER LEE NESS;
JESSICA CAREW SCHAFF;
KYLE DOUGLAS DEAN; and
DAVID MICHAEL SCHWEHR

knowingly and intentionally combined, conspired, confederated, and agreed together and with others, both known and unknown to the grand jury, to distribute and possess with intent to distribute controlled substances, including: (i) a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and (ii) a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled

substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Drug Quantity

With respect to CHRISTOPHER LEE NESS, KYLE DOUGLAS DEAN, and DAVID MICHAEL SCHWEHR, the amount of methamphetamine involved in the conspiracy attributable to this individual as a result of that individual's own conduct, and the conduct of other conspirators reasonably foreseeable to that individual, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to CHRISTOPHER LEE NESS, the amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide") involved in the conspiracy attributable to this individual as a result of that individual's own conduct, and the conduct of other conspirators reasonably foreseeable to that individual, is 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), in violation of Title 21, United States Code, Section 841(b)(1)(B).

Overt Acts

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that the defendants and others would and did distribute, and possess with intent to distribute, methamphetamine and fentanyl in and around the areas of Bismarck, Mandan, and Fargo, North Dakota, and elsewhere;

2. It was further a part of said conspiracy that the defendants and others would and did attempt to conceal their activities by, among other things, (i) concealing controlled substances within motor vehicles and in containers and packages, (ii) hiding controlled substances in rural areas, and (iii) utilizing multiple locations to store controlled substances;

3. It was further a part of said conspiracy that the defendants and others would and did use United States currency in their drug transactions;

4. It was further a part of said conspiracy that conspirators possessed and transferred firearms to further their drug trafficking conduct, to intimidate other persons, and to protect their supply of controlled substances and proceeds of drug trafficking activity;

5. It was further a part of said conspiracy that the defendants and others would and did use telecommunication facilities, including cellular telephones and social media and financial transaction applications, to facilitate the distribution of controlled substances and collection of drug proceeds;

6. It was a further part of said conspiracy that conspirators engaged in interstate travel for purposes of acquiring, transporting, and distributing controlled substances; and

7. It was further a part of said conspiracy that on or about November 9, 2024, in Clay County, Minnesota, and elsewhere, the defendants CHRISTOPHER LEE NESS and KYLE DOUGLAS DEAN, individually, and by aiding and abetting, possessed multiple pounds of methamphetamine, and approximately one ounce of powder fentanyl,

that were being transported within a rented motor vehicle to Fargo, North Dakota, for further distribution;

In violation of Title 21, United States Code, Section 846, and Pinkerton v. United States, 328 U.S. 640 (1946).

## COUNT TWO

**Possession with Intent to Distribute Controlled Substances**
**(500 grams or more methamphetamine – mixture)**

The Grand Jury Further Charges:

On or about October 3, 2024, in the District of North Dakota,

CHRISTOPHER LEE NESS,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute a controlled substance, including 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

COUNT THREE

**Possession with Intent to Distribute Controlled Substances**
**(40 grams or more Fentanyl – mixture)**

The Grand Jury Further Charges:

On or about October 3, 2024, in the District of North Dakota,

CHRISTOPHER LEE NESS,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute a controlled substance, including 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

COUNT FOUR

**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

The Grand Jury Further Charges:

Beginning in or before July 2024 and continuing until in or about October 2024, in the District of North Dakota, and elsewhere,

CHRISTOPHER LEE NESS,

individually, and by aiding and abetting, knowingly possessed a firearm, namely:

- One Taurus, 9mm pistol, Serial Number AED341641;

in furtherance of a drug trafficking crime for which CHRISTOPHER LEE NESS may be prosecuted in a court of the United States, namely: (i) Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, as alleged in Count One of this Indictment; (ii) Possession with Intent to Distribute Controlled Substances (500 grams or more – mixture), as alleged in Count Two of this Indictment; and (iii) Possession with Intent to Distribute Controlled Substances (40 grams or more Fentanyl – mixture), as alleged in Count Three of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

COUNT FIVE

**Using a Firearm During and in Relation to a Drug Trafficking Crime**

The Grand Jury Further Charges:

In or about 2024, in the District of North Dakota,

JESSICA CAREW SCHAFF

knowingly used a firearm, namely, one Taurus, 9mm pistol, Serial Number AED341641, during and in relation to a drug trafficking crime for which JESSICA CAREW SCHAFF may be prosecuted in a court of the United States, namely, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, as alleged in Count One of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

COUNT SIX

**Possession of a Firearm by a Prohibited Person**

The Grand Jury Further Charges:

In or about 2024, in the District of North Dakota,

JESSICA CAREW SCHAFF

knowing that she had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

- Preventing Arrest or Discharge of Other Duties (Count 2), Possession of Drug Paraphernalia – Heroin (Count 3), and Possession of a Controlled Substance, all Class C felonies, on or about March 29, 2021, in South Central Judicial District Court, Morton County, North Dakota, Case Number 30-2020-CR-00932;

- Possession of a Controlled Substance (Methamphetamine), a Class C felony, on or about December 28, 2020, in South Central Judicial District Court, McLean County, North Dakota, Case Number 28-2020-CR-00176;

- Fraudulent Insurance Act, a Class C felony, on or about October 12, 2020, in South Central Judicial District Court, Morton County, North Dakota, Case Number 30-2020-CR-00249;

- Child Neglect (Count 1), Child Neglect (Count 2), Endangerment of Child (Count 3), and Endangerment of Child (Count 4), all Class C felonies, on or about December 8, 2020, in South Central Judicial District Court, Morton County, North Dakota, Case Number 30-2020-CR-00051; and

- Possession with Intent to Manufacture or Deliver Methamphetamine (Count 1) and Possession with Intent to Manufacture or Deliver Heroin (Count 2), Class B felonies, on or about August 6, 2019, and revoked and resentenced on or about December 14, 2020, in South Central Judicial District Court, Burleigh County, North Dakota, Case Number 08-2019-CR-01428;

did knowingly possess in and affecting commerce a firearm, namely: one Taurus, 9mm pistol, Serial Number AED341641;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

FORFEITURE NOTICE

Upon conviction of the offenses alleged in Counts One, Four, Five and Six of this Indictment,

CHRISTOPHER LEE NESS, and
JESSICA CAREW SCHAFF,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense(s), including, but not limited to:

- One Taurus, 9mm caliber pistol, Serial Number AED341641;

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

RLV/js