# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Christopher Lee Ness, | ) | Case No.: 1:24-cr-00211 |
| | ) | |
| Defendant. | ) | |

On December 11, 2024, Defendant was charged in an Indictment with (1) Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances; (2) Possession with Intent to Distribute Controlled Substances (500 grams or more Methamphetamine- Mixture); (3) Possession with Intent to Distribute Controlled Substances (40 grams or more Fentanyl- Mixture); and Possession of a Firearm in Furtherance of a Drug Trafficking Crime. (Doc. No. 12). The Indictment also included a forfeiture allegation. (*Id.*).

On December 19, 2024, the court held an Arraignment, at which Defendant was present. (Doc. No. 29). At the time of the hearing, Defendant put forth an oral motion for release from custody. For the reasons articulated on the record, the court **DENIES** Defendant's oral motion.

**IT IS SO ORDERED.**

Dated this 19th day of December, 2024.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court